IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ODELL PRATER,
          Plaintiff,

vs.                                            3:10cv421/RV/MD

C.O. MOORHOUSE, et al.
          Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion for voluntary dismissal without prejudice. (Doc. 11). Plaintiff seeks to dismiss his case without prejudice in order to pursue his case in state court upon his release from prison, which he anticipates to be in December of 2011. Given that the events complained of occurred relatively recently, in February of 2010, this request should be granted. Plaintiff also requests that the clerk return his "filed claim with exhibits attached." The court cannot return original pleadings to the plaintiff as those are part of the permanent court record. However, the clerk will be directed to return to the plaintiff one service copy of his original complaint with attachments, so that he may have same for his records.

Accordingly, it is ORDERED:

The clerk shall return one of the service copies of plaintiff's original and attachments to him for his records.

And it is respectfully recommended

That plaintiff's motion for voluntary dismissal without prejudice (doc. 11) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 19th day of January, 2011.

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).