IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ODELL PRATER,
    Plaintiff,

vs.                                       CASE NO.: 3:10cv421/RV/MD

C.O. MOORHOUSE, et al.,
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 19, 2011. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion for voluntary dismissal without prejudice (doc. 11) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 17th day of February, 2011.

                                                /s/ _Roger Vinson_
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE